MORY-BUCKWALTER, INC., Appellant, v. JONES-MCKEE, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of JOHN MCQUIRK, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [130 Misc. 336.]

SENECA WIRE AND MANUFACTURING COMPANY, Respondent, v. A. B. LEACH & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The supplemental complaint to be served and filed within ten days from service of order upon payment of the costs directed to be paid by the order appealed from, and with leave to defendant to answer said supplemental complaint within twenty days from service thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK J. PETERSON, Respondent, v. JANE ADLER PETERSON, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HENRY C. DELAIRE, Respondent, v. THE PARIS CLEANERS & DYERS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ROBERT L. DEMAREST and Others, Respondents, v. WESTCHESTER FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of MARY HELENA DUNBAR, an Alleged Incompetent Person. — Order so far as appealed from reversed, without costs, petitioner's motion for appointment as committee of property of the incompetent granted, and her bond as such committee fixed at $12,000. It would seem that the bond required of the committee of the person should not exceed $500; but this portion of the order is not appealed from. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

40 EAST 49TH STREET CORPORATION, Appellant, v. CUNARD MERCANTILE CORPORATION, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Merrell, J., dissents.

FRIEND-WIENER-DONOHUE ADVERTISING CO., INC., Respondent, v. HUDSON RIVER NAVIGATION CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.